— Civil Suit And Complaint —
Minor Children Redacted

In the United States District Court In 8/23/23
and for Pasco County Florida

Brenda Sue Garcia
Charles E. Moon III
Michael L. Moon (deceased)
Matthew C. Moon
Mark E. Moon
LPW, KW, KW, SW (Minor Children of Victim)

8:23-cv-1946-MSS-TGW

VS.

FEDERAL Entity Responsible For
handling (Patrick Michael Whyte)
DEA, FBI, etc. Pasco Sheriffs Office etc.
as previously listed, and Filed the
First 6 months of 2023 after a September
2022 Conviction of Patrick M. Whyte to
Life w/o parole (A Known Federal Informant)
Case No: Previously appointed —

Requesting FEDERAL TORT Motion

Request for Motion      8/25/23
Form

RETURN TO:
MARK Edward Moon #61912752
P.O. Box 247, Phoenix, MD.
21131

ATTN: COURT  Call 434-528-3160 For legal mail address

Enclosed Please Find a Redacted Version of civil suit filed the First 6 months 2023 Requesting appropriate civil Form For- FEDERAL TORT- In Reference to the MURDER/ Homicide of Kristin Marie Moon By Federal Informant Patrick Michael Whyte, Convicted In September 2022 By Judge Groger In Pasco County Florida

Thank you for your time
Respectfully
MARK E. Moon